United States Bankruptcy Court
Northern District of California
San Francisco Division

In re: FERNANDO TORREZ and
ELVIA TORREZ

Case: 10-33946
Chapter: 13

# PROOF OF SERVICE

I, Kristin L. Crone, declare that I am a resident of or employed in the County of Sacramento, State of California. My address is 980 9th St., 16th Floor, Sacramento, CA 95814. I am over the age of eighteen years of age and am not a party to this case.

On October 20, 2010, I served the foregoing documents described as BALANCE OF SCHEDULES and CHAPTER 13 PLAN on the individuals listed on the attached document by depositing true copies thereof in the United States first class mail at Sacramento, California, enclosed in a sealed envelope with postage paid, addressed as listed.

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

Kristin Crone

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 10-33946<br>Northern District of California<br>San Francisco<br>Wed Oct 20 14:01:32 PDT 2010 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | U.S. Bankruptcy Court<br>235 Pine Street, 19th floor<br>Post Office Box 7341<br>San Francisco, CA 94120-7341 |
| AT&T<br>One AT&T Way<br>Bedminster, NJ 07921-2694 | CT Corporation System<br>818 W. 7th St.<br>Los Angeles, CA 90017-3407 | Chase<br>National Bank by Mail<br>Mail Code KY 1-0900<br>6714 Grade Lane Bldg 8 Ste 807<br>Louisville, KY 40213-3404 |
| Chase<br>National Bank by Mail<br>PO Box 36520<br>Louisville, KY 40233-6520 | Corporation Services Company<br>CSC Lawyers Incorporating Service<br>2730 Gateway Oaks Dr. Suite 100<br>Sacramento, CA 95833-3503 | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>PO Box 1673<br>Sacramento, CA 95812-1673 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JP Morgan Chase<br>1111 Polaris Parkway<br>Columbus, OH 43240-2050 |
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2736 | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, CO 80129-2386 | United States Attorney<br>Civil Division<br>450 Golden Gate Ave<br>San Francisco, CA 94102-3661 |
| United States Department of Justice<br>Civil Trial Section, Western Region<br>Box 683, Ben Franklin Station<br>Washington, DC 20044-0683 | Wells Fargo<br>420 Montgomery St.<br>San Francisco, CA 94104-1298 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>100 W. Washington Street., 8th Floor<br>Phoenix, AZ 85003-1803 |
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | David Burchard<br>393 Vintage Park Drive<br>Suite 150<br>Foster City, CA 94404-1172 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BAC Home Loan Servicing
450 American St.
Simi Valley, CA 93065


Bank of America Corporation
100 N. Tyron St.
Charlotte, NC 28255


CSC-Lawyers Incorporating Service
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833


CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017


JC Penney Credit Services
Customer Service c/o GEMB
PO Box 981131
El Paso, TX 79998-1131


San Francisco County D A
291 10th St.
San Francisco, CA 94103-3810


San Francisco County FSD
291 10th St.
San Francisco, CA 94103-3810


Sears, Roebuck & Co
3333 Beverly Road, B2-130B
Hoffman Estates, IL 60179