DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**
SEP 0 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| FERNANDO I and ELVIA TORREZ | Chapter 13<br>Case No. 10-3-3946 SFM13<br><br>NOTICE OF UNCLAIMED<br>CHAPTER 13 DEBTOR REFUNDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $44.70 as follows:

| Name and Address of Claimant | Unclaimed Refund |
|---|---|
| CLERK OF THE COURT FC<br>FERNANDO I and ELVIA TORREZ<br>568 ABBOT AVE<br>DALY CITY, CA 94014 | $44.70 |

Dated:   September 7, 2011

_____
CECILIA MARCELO
Receipts Administrator